IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME S. SAFFORD,

      Petitioner,                    No. CIV S-06-2355 MCE GGH P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

      Respondents.            ORDER

_____/

        Petitioner, a prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the filing fee or filed an application to proceed in forma pauperpis.

        Petitioner alleges that he has been denied adequate pain medication. The purpose of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is to challenge the validity of a conviction or sentence. The purpose of a civil rights action pursuant to 42 U.S.C. § 1983 is to challenge conditions of confinement. Because petitioner is challenging conditions of confinement, the court construes this action as a civil rights action. Accordingly, the petition is dismissed and petitioner is granted thirty days to file a complaint. Petitioner shall also either pay the filing fee ($350) or file an application to proceed in forma pauperis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983;

2. The petition is dismissed with thirty days from the date of this order to file a civil rights complaint; petitioner is also granted thirty days from the date of this order to file an application to proceed in forma pauperis or pay the filing fee;

3. The Clerk of the Court is directed to send petitioner the form for a civil rights complaint and an application to proceed in forma pauperis.

DATED: 12/19/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
saff2355.ord