IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES S. SAFFORD,

     Plaintiff,                   No. CIV S-06-2355 MCE GGH P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

     Defendants.            ORDER

_____/

       On January 30, 2007, the court recommended that this action be dismissed for plaintiff's failure to keep the court apprised of his current address. However, on December 18, 2006, plaintiff filed a notice of change of address. The court was not aware of this notice when it prepared the findings and recommendations. Good cause appearing, the findings and recommendations are vacated.

       On December 19, 2006, the court ordered plaintiff to file a complaint and an in forma pauperis affidavit. On January 19, 2007, plaintiff filed these documents.

       Plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint or obtained the certification required on the application form. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his

1

application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The January 30, 2007, findings and recommendations are vacated;

2. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and the certification required on the application form;

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED:  2/28/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

saff2355.ord