1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES S. SAFFORD,

11            Plaintiff,                    No. CIV S-06-2355 MCE GGH P

12        vs.

13   SACRAMENTO COUNTY JAIL, et al.,

14            Defendants.            FINDINGS AND RECOMMENDATIONS

15   _____/

16            By an order filed February 28, 2007, plaintiff was ordered to file a certified copy

17   of his prison trust account statement for the six month period immediately preceding the filing of

18   the complaint and the certification required on the application form within thirty days and was

19   cautioned that failure to do so would result in a recommendation that this action be dismissed.

20   The thirty day period has now expired, and plaintiff has not responded to the court's order and

21   has not filed a certified copy of his prison trust account statement.

22            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

23   without prejudice.

24            These findings and recommendations are submitted to the United States District

25   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

26   days after being served with these findings and recommendations, any party may file written

1  objections with the court and serve a copy on all parties.  Such a document should be captioned

2  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

3  shall be served and filed within ten days after service of the objections.  The parties are advised

4  that failure to file objections within the specified time may waive the right to appeal the District

5  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

6  DATED: 5/15/07

                                          /s/ Gregory G. Hollows

7                                          _____

8  GGH:035                                 UNITED STATES MAGISTRATE JUDGE

   saff2355.fifp

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26